### HYDROGEN CO. OF THE UNITED STATES *v.* BEATLEY.

*(Supreme Court, General Term, First Department.    January 28, 1889.)*

Appeal from special term, New York county.

Action by the Hydrogen Company of the United States against Henry G. Beatley.    Defendant appeals from an order directing him to furnish a bill of particulars of certain matters alleged by way of counter-claim.

Argued before BRADY, DANIELS, and BARTLETT, JJ.

*Appleton D. Palmer,* for appellant.    *Wm. H. Arnoux,* for respondent.

BARTLETT, J.    The order appealed from contains a recital to the effect that it is made upon "the accompanying affidavit," and upon the pleadings herein. No such affidavit is printed in the appeal papers.    The facts, therefore, upon which the court below acted in making the order of which the appellant com-

plains are not before us, and without a knowledge of those facts we cannot say that the order is wrong. It should therefore be affirmed, with costs. All concur.